ENTER / JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOHN RICHARD GIBSON,<br><br>      Petitioner,<br><br>    v.<br><br>TERRI L. GONZALEZ, Warden,<br><br>      Respondent. | Case No. CV 10-08876 CBM (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.

DATED: ~~February~~ March 14, 2011

CONSUELO B. MARSHALL
SENIOR JUDGE